424 A.2d 557

Commonwealth v. Prichett, Appellant.

Submitted September 12, 1979. Walter Michael Dinda, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

** President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.